**Richard Ray GILBERT, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48640.

Missouri Court of Appeals,
Western District.

Nov. 22, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Steven J. Sarbacker, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and
LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Earnest Dean McCURTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48995.

Missouri Court of Appeals,
Western District.

Nov. 22, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and
LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).